IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN WAYNE EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-3667 |
| | § | |
| ODESSA WILLIAMS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

Plaintiff is a sexually violent predator currently in custody of the Harris County Sheriff's Office. He files this *pro se* section 1983 lawsuit against Odessa Williams, "Dept of Defense Incumbent Supreme Court Nuclear Division." Plaintiff's pleading is incomprehensible, and the requested relief, including submitting his DNA to ex-president Harry Truman to prove he cannot be voted out of office, is beyond rational understanding.

Plaintiff's pleading references "secret indictments," "Swisser Land assets," and claims for "21.1 trillion dollar[s] found as lost funds" which he cannot recover due to his current "quarantine civil commitment of a knife threat and arsenic deformation of rape." He further alleges that he "owns Wall St[reet]" because no one claimed ownership after "the crash," and that he is owed all of those funds "plus 100% interest." Plaintiff's factual allegations are fantastical, fanciful and delusional and fail to state a claim for which relief can be granted under section 1983. *See Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992).

This lawsuit is DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). Any and all pending motions are DENIED AS MOOT. This dismissal constitutes a "strike" for purposes of section 1915(g). <u>Plaintiff has now accumulated three "strikes" and is precluded under section 1915(g) from proceeding in forma pauperis in future lawsuits and appeals</u>. *See Edwards v. Edwards*, C.A. No. 15-H-2982 (S.D. Tex. 2015); *Edwards v. Edwards*, C.A. No. 15-H-2944 (S.D. Tex. 2015).

Signed at Houston, Texas on December 31, 2015.

_____
Gray H. Miller
United States District Judge